MINNIE LEWITZ, Respondent, v. JOSEPH LEWITZ, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

JOHN SIKOROWSKY, Appellant, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of the Application of HENRY DANZIGER, Appellant, for a Writ of Mandamus against THE MUSICAL MUTUAL PROTECTIVE UNION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

In the Matter of the Application of HATTIE A. MYERS, Appellant, to Compel ALFRED B. NATHAN and LEON M. PRINCE, Constituting the Firm of PRINCE & NATHAN, as Attorneys, Respondents, to Turn over Papers.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

THE NULOMOLINE COMPANY, Appellant, v. MAXWELL TAUSEK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.; Scott, J., dissented.

In the Matter of the Application for a Writ of Mandamus by JOSEPH P. CULKIN, Respondent, Directed to WILLIAM F. BRENNAN, as President of the INDEPENDENT POLICE ENDOWMENT ASSOCIATION OF GREATER NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

WILLIAM P. MCBATH, Appellant, v. HARRISON S. BETTES, Defendant, and JOSEPH M. BETTES, Respondent, Composing the Firm of H. S. & JOSEPH M. BETTES.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

PROGRESSIVE CONSTRUCTION AND LEASING COMPANY v. REGINALD H. SAYRE.— Motion denied. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ROBERT B. MILLER v. CLINTON S. ZIMMERMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

ANNA SUSHIN v. JULIUS MILLER.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

FRANK J. HALE v. JOHN CORT.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

BERNARD FLIASCHNICK v. MARTIN J. BURKE and Others.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.

GRACE MEEHAN v. MAYLEW COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ.